# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:11-CR-211-LRH (CWH) |
| ORLANDO ZAVALA PEIRO, | ) |
| Defendant. | ) |

## AMENDED PRELIMINARY ORDER OF FORFEITURE

This Court finds that on October 12, 2011, defendant ORLANDO ZAVALA PEIRO pled guilty to Counts One and Two of a Two-Count Criminal Indictment charging him in Count One with Possession of a Controlled Substance with Intent to Distribute - Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1) and in Count Two with Unlawful Re-Entry of a Deported Alien, in violation of Title 8, United State Code, Section 1326. Docket #12.

This Court finds defendant ORLANDO ZAVALA PEIRO agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Criminal Indictment and agreed to in the Plea Memorandum. #12.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between the property set forth in the Forfeiture Allegations of the Criminal Indictment and agreed to in the Plea Memorandum and the offenses to which defendant ORLANDO ZAVALA PEIRO pled guilty. #12.

. . .

1  The following asset is subject to forfeiture pursuant to Title 21, United States Code, Section
2  853(a)(1) and (a)(2):

3        a.      $2,503.00 in United States Currency ("property").

4  This Court finds the United States of America is now entitled to, and should, reduce the
5  aforementioned property to the possession of the United States of America.

6  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
7  United States of America should seize the aforementioned property.

8  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
9  ORLANDO ZAVALA PEIRO in the aforementioned property is forfeited and is vested in the United
10 States of America and shall be safely held by the United States of America until further order of the
11 Court.

12 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
13 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
14 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
15 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
16 the name and contact information for the government attorney to be served with the petition,
17 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

18 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be
19 filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

20 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
21 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
22 following address at the time of filing:

23       Michael A. Humphreys
      Assistant United States Attorney
24       Daniel D. Hollingsworth
      Assistant United States Attorney
25       Lloyd D. George United States Courthouse
      333 Las Vegas Boulevard South, Suite 5000
26       Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 17th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE